IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CHARLES LANGHAM,
        Petitioner,

v.                                       **Judgment in a Civil Case**

ANGELA DUNBAR,
        Respondent.                       Case Number: 5:13-HC-2190-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for an initial review under 28 U.S.C. § 2243.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed.

This Judgment Filed and Entered on April 9, 2014, with service on:
Charles Langham 06570-062, Federal Correctional Institution, P.O. Box 1500, Butner, NC 27509 (via U.S. Mail)

April 9, 2014                                                   /s/ Julie A. Richards
                                                                     Clerk

Raleigh, North Carolina